IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 15-cr-00318-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    STEVEN DANLEY,

      Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (ECF No. 29) pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On December 29, 2015, the United States and defendant Steven Danley entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. #26).

THAT the requisite nexus exists between the property and the offense to which defendant Steven Danley pleaded guilty.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in the following:

    a.   HP Compaq Desktop serial number 2UA7390DXJ,

    b.  Toshiba Satellite Laptop serial number L855-S5405,

    c.  Toshiba External Hard Drive 2TB 34QPVXLGSU16, and

    d.  PNY 8GB USB drive,

are forfeited to the United States in accordance with 18 U.S.C. § 2253.  Pursuant to Federal Rule of

Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the

defendant at the time of sentencing and shall be made part of the sentence and included in the

judgment.

       THAT the United States is directed to seize the property subject to forfeiture, and further to

make its return as provided by law;

       THAT the United States shall publish notice of this Preliminary Order of Forfeiture in

accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days,

and to make its return to this Court that such action has been completed;

       THAT upon adjudication of all third-party interests, if any, the Court will enter a Final

Order of Forfeiture pursuant to 18 U.S.C. § 2253 and Rule 32.2(c)(2) of the Federal Rules of

Criminal Procedure, in which all interests will be addressed.

       The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all

third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(c)(1).

       THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of

the Federal Rules of Criminal Procedure.

       SO ORDERED this __6__ day of January, 2016.

                BY THE COURT:

                _____

                RAYMOND P. MOORE
                United States District Court Judge